UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRANDON McFADDEN,

        Plaintiff,

        -against-

STATE OF NYC, RIKERS ISLAND,
WARDEN MINGO, and NYC DEPARTMENT
OF CORRECTIONS,

        Defendants.
------------------------------------------------------------x

**JUDGMENT**
16-CV-2824 (RRM) (RML)

      A Memorandum and Order having been issued this day, dismissing this action for failure to prosecute, it is hereby

      ORDERED, ADJUGED and DECREED that this action is dismissed without prejudice.

      SO ORDERED.

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge

Dated: Brooklyn, New York
       June 29, 2016